In the Matter of the CITY OF NEW ROCHELLE, Appellant, Relative to Acquiring Title to Real Property in Said City. HENRY J. GUCKER et al., Respondents, et al., Defendants.

Argued May 26, 1953; decided July 14, 1953.

*Murray C. Fuerst, Corporation Counsel (Francis S. Claps* of counsel), for appellant.

*Robert H. Law, Jr.,* for respondents.

Order affirmed, with costs; no opinion.

Concur: LEWIS, Ch. J., CONWAY, DESMOND, DYE, FULD, FROESSEL and VAN VOORHIS, JJ.